1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CA 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELLINOR R. CODER, CA 258258
4  Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105
         Telephone: (415) 977-8955
6        Facsimile: (415) 744-0134
         E-Mail: Ellinor.Coder@ssa.gov
7
   Attorneys for Defendant
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MOHAMMAD HUSSAIN, | No. 2:18-cv-01136-DB |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) and direct him or her to re-evaluate the opinions of David Char, M.D., and Rosalind Hsia, M.D. It will also direct the ALJ to take further action, as

STIPULATION TO REMAND

warranted, to complete the administrative record resolving the above issues, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: February 5, 2019 　　　　　　　　 */s/ Shellie Lott\**
　　　　　　　　　　　　　　　　　　　　SHELLIE LOTT
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　*Authorized via e-mail on Feb. 4, 2019

　　　　　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　By: 　　/s/ *Ellinor R. Coder*
　　　　　　　　　　　　　　　　　　　　ELLINOR R. CODER
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: February 7, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\hussain1136.stip.remand.ord

STIPULATION TO REMAND